In the Matter of the Claim of MARY RHEINWALD against BUILDERS' BRICK AND SUPPLY COMPANY et al., Respondents.
STATE INDUSTRIAL COMMISSION, Appellant.

*Rheinwald* v. *Builders' Brick & Supply Co.*, 174 App. Div. 935, affirmed.

(Argued February 27, 1918; decided March 19, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered August 26, 1917, reversing an award of the state industrial commission made under the Workmen's Compensation Law. This claim arose out of the death of the

claimant's husband, Robert Rheinwald, who died from accidental injuries received in falling from a scaffold while engaged in repainting a sign for the defendant Builders' Brick and Supply Company. Rheinwald furnished and erected the scaffold. It was contended that he was not an employee within the meaning of that word as used in the Workmen's Compensation Law.

*Miles M. Dawson, Richard Blaine Dawson* and *Howard W. Ameli* for appellant.

*W. S. Archibald, G. Everett Hunt* and *Walter G. Evans* for respondents.

Order affirmed, with costs, and claim dismissed on the ground that the deceased was an independent contractor; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.